IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID G. LUCAS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 08-0520-CG-C |
| ) | |
| **SPRINGHILL HOSPITALS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the court on the motion to stay (Doc. 3) filed by Baxter International, Inc. ("BII") and Baxter Healthcare ("BHC"), in which said defendants represent that they expect this case to be included in the Judicial Panel on Multidistrict Litigation's (MDL Panel) conditional transfer order, which will transfer this case to the Northern District of Ohio for inclusion in the Heparin Products Liability Litigation, MDL No. 1953.  (Doc. 3)

Upon due consideration, the defendants' motion to stay is **GRANTED**, and this action is hereby **STAYED** pending receipt of the MDL Panel's transfer order.  This stay will remain in effect until the court is notified of the MDL Panel's decision concerning transfer.

**DONE and ORDERED** this 19th day of September, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE